## A. G. VASSER v. UNITED STATES of America.
### No. 9118.

Circuit Court of Appeals, Ninth Circuit.
March 13, 1939.

E. K. Marohn, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of appellee to dismiss appeal for failure of appellant to file record and docket cause, and stipulation of counsel for respective parties that appeal be dismissed, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and the mandate of this court issue forthwith.

## In the Matter of Frank VENTURELLA, Bankrupt; Personal Finance Company, Appellant.
### No. 292.

Circuit Court of Appeals, Second Circuit.
March 27, 1939.

John M. Chapnick, of New Haven, Conn., for appellant.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 25 F.Supp. 332, affirmed.

## The VON HAMM YOUNG COMPANY, Limited, Claimant of One Packard Convertible Coupe, etc., v. UNITED STATES of America.
### No. 9121.

Circuit Court of Appeals, Ninth Circuit.
March 13, 1939.

Thompson & Russell, of Honolulu, T. H., for appellant.

I. M. Stainback, U. S. Atty., and J. Frank McLaughlin, Asst. U. S. Atty., both of Honolulu, T. H.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.